IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM SHANE COWART ) | |
| BOP Reg. # 10438-003, ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. 15-00402-KD |
| v. ) | |
| ) | CRIMINAL ACTION NO. 14-00037-KD-N-1 |
| UNITED STATES OF AMERICA, ) | |
|    Respondent. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 123[1]) of the Magistrate Judge dated March 28, 2016, and made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner William Shane Cowart's operative Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 120) is **DENIED** and **DISMISSED with prejudice**, that his initial § 2255 motion (Doc. 118) is **MOOT**, and that Cowart is not entitled either to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this **16**[th] day of **May 2016**.

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.